| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Feess, Gary A | 2. Court or Organization U.S.D.C., Central District CA | 3. Date of Report 8/8/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge – Active | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 255 East Temple Street Suite 730 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 15 4 29 PM '05 FINANCIAL DISCLOSURE OFFICE

ORIGINAL

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE · (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE · (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Spouse wages, Los Angeles County District Attorney's Office |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE · (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Ahold Foods ADR | A | Dividend | | T | Sell | 8/17 | K | B | |
| 2.  Amgen Common Stock | A | Dividend | L | T | Partial Sell | 12/10 | K | E | |
| 3.  BRE Real Estate (REIT) Common Stock | C | Dividend | | T | Sell | 10/5 | K | C | |
| 4.  Countrywide Credit Common Stock | A | Dividend | L | T | | | | | |
| 5.  David Pick Investment Group (Real Est. Ltd. Partnership) | D | Distribution | L | W | | | | | |
| 6.  Glaxo Smith Kline | B | Dividend | | T | Sell | 9/2 | K | A | |
| 7.  Heartland Value Mutual Fund | E | Distribution | M | T | | | | | |
| 8.  Intel Common Stock | A | Dividend | L | T | | | | | |
| 9.  Investment Counselors of Maryland Mutual Fund | A | Distribution | J | T | | | | | |
| 10. LSI Logic Common Stock | A | Dividend | K | T | | | | | |
| 11. Lucent Technologies Common Stock | A | Dividend | J | T | | | | | |
| 12. MAS Value Fund | A | Distribution | J | T | | | | | |
| 13. Microsoft Common Stock | C | Dividend | K | T | | | | | |
| 14. Motorola Common Stock | A | Dividend | | T | Sell | 1/26 | K | A | |
| 15. Mutual Discovery Fund | D | Distribution | N | T | | | | | |
| 16. Nicholas Fund | B | Distribution | M | T | | | | | |
| 17. Philips Electronics ADRs | A | Dividend | K | T | | | | | |
| 18. Scudder International Fund | B | Distribution | M | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. T. Rowe Price Science and Technology Fund | A | Distribution | K | T | | | | | |
| 20. Chevron Texaco | B | Dividend | K | T | | | | | |
| 21. Vanguard Wellington Fund | D | Distribution | M | T | | | | | |
| 22. Westcore Midco Growth Fund | A | Distribution | K | T | | | | | |
| 23. Pfizer | A | Dividend | K | T | | | | | |
| 24. Gillette | A | Dividend | K | T | | | | | |
| 25. Proctor & Gamble | A | Dividend | L | T | | | | | |
| 26. JDS Uniphase | | None | | T | Sell | 12/16 | J | A | |
| 27. Velocity HSI | | None | J | T | | | | | |
| 28. Qualcomm | A | Dividend | L | T | | | | | |
| 29. Verisign | | None | K | T | Partial Sell | 12/10 | J | A | |
| 30. Cisco Systems | | None | | T | Sell | 12/7 | K | A | |
| 31. Oracle | | None | | T | Sell | 12/1 | K | A | |
| 32. Nokia | A | None | K | T | | | | | |
| 33. Comcast | | None | K | T | | | | | |
| 34. Avanex | | None | J | T | | | | | |
| 35. General Electric | B | Dividend | | T | Sell | 11/3 | K | A | |
| 36. Johnson & Johnson | B | Dividend | L | T | Partial Buy | 1/9 | J | B | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Strong High Yield | A | Interest | | T | Sell | 1/8 | | | |
| 38. | | | | | Sell | 1/26 | | | |
| 39. | | | | | Total Sell | 2/6 | M | A | |
| 40. Oakmark | | Dividend | | T | Sell | 8/17 | L | A | |
| 41. Bank of America | B | Dividend | K | T | | | | | |
| 42. Shell Transport | B | Dividend | | T | Sell | 8/17 | K | A | |
| 43. Hussman | A | Distribution | J | T | Buy | 11/16 | J | | |
| 44. Coca Cola | A | Dividend | K | T | Buy | 10/22 | K | | |
| 45. First American Corporation | A | Dividend | K | T | Buy | 10/8 | K | | |
| 46. Transcanada Corporation | | None | K | T | Buy | 10/6 | K | | |
| 47. Dodge & Cox | A | Distribution | J | T | Buy | 1/14 | | | |
| 48. | | | | | Buy | 2/6 | | | |
| 49. | | | | | Partial Sell | 8/17 | K | A | |
| 50. Colgate Palmolive | A | Dividend | L | T | Buy | 1/7 | L | | |
| 51. Citigroup | B | Dividend | L | T | Buy | 3/11 | | | |
| 52. | | | | | Buy | 4/15 | | | |
| 53. | | | | | Buy | 10/22 | L | | |
| 54. Pepsico, Inc. | | None | K | T. | Buy | 9/29 | K | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Anheuser Busch | A | Dividend | K | T. | Buy | 10/1 | K | | |
| 56. Apollo Group | | None | K | T | Buy | 10/6 | K | | |
| 57. Smucker J M [See explanation] | | None | | T | Sell | 4/15 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Line 57: This was a spin-off from another stock which I cannot identify. It was subsequently sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date __8/8/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544